### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL LAND, <br><br> Plaintiff, <br><br> v. <br><br> NIR ROKAH and BINA – N.R. CONSULTING LTD., <br><br> Defendants. | CASE NO. <br><br> 1:23-CV-793 <br><br> **PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

### PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that on January 31, 2023, Plaintiff Nathaniel Land ("Mr. Land"), by and through his undersigned counsel, moves this Court for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure granting a preliminary injunction enjoining Defendants Nir Rokah ("Mr. Rokah") and BINA–N.R. Consulting Ltd. ("BINA" and collectively, "Defendants") from pursuing their claims against Mr. Land in an arbitration instituted on October 14, 2022 before the Financial Industry Regulatory Authority ("FINRA"), styled *Nir Rokah and BINA – N.R. Consulting Ltd. v. Nathaniel I. Land and Brooks, Houghton Securities, Inc.* (FINRA Case No. 22-02356) (the "FINRA Arbitration").

In support of his motion, Mr. Land relies on the accompanying Memorandum of Law in support and Exhibits attached thereto, as well as the Declaration of Nathaniel Land, executed on January 12, 2023.

Mr. Land respectfully requests oral argument on his motion.

Respectfully submitted this 31st day of January, 2023.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        */s/ V. Justin Arpey*
        V. Justin Arpey
        New York Bar No. 5465901
        Erik J. Badia
        (*Pro Hac Vice Application Forthcoming*)
        303 Peachtree Street, NE, Suite 3600
        Atlanta, Georgia 30308
        vja@phrd.com
        ebad@phrd.com
        Telephone: (404) 523-5300
        Facsimile: (404) 522-8409

        *Counsel for Plaintiff Nathaniel Land*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to all counsel of record, and by sending a copy via electronic mail and U.S. Mail, addressed as follows:

Jenice L. Malecki, Esq.
Malecki Law
11 Broadway, Suite 715
New York, New York 10004
Jenice@MaleckiLaw.com

This 31st day of January, 2023.

*/s/ V. Justin Arpey*
V. Justin Arpey
