UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NATHANIEL L. LAND,                                       :
                                                         :
                           Plaintiff,        :        23 CV. 793 (RMB)
                                                         :
            - against -                            :        **ORDER**
                                                         :
NIR ROKAH,                                               :
BINA – N.R. CONSULTING LTD,                              :
                                                         :
                  Defendant(s).        :
-----------------------------------------------------------------x

      The status conference is scheduled for Tuesday, May 28, 2024 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 349 115 829#

Dated: May 22, 2024
       New York, NY

                                              **RICHARD M. BERMAN**
                                                  **U.S.D.J.**