UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATHANIEL I. LAND,

                        Plaintiff,                    **23 Civ. No. 793 (RMB) (GS)**

        -against-                           **PRE-SETTLEMENT<br>CONFERENCE ORDER**

NIR ROKAH and BINA-N.R.
CONSULTING LTD,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Monday, June 3, 2024 at 3:00 p.m.**, to discuss preparation for and the scheduling of a Settlement Conference to be conducted on **Monday, June 17, 2024**. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 505 481 635#.**

       SO ORDERED.

DATED:    New York, New York
               May 31, 2024

                                                       _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge