UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATHANIEL LAND,

                         Plaintiff,                    23 Civ. No. 0793 (RMB) (GS)

        -against-                               **<u>PRE-SETTLEMENT AND
SETTLEMENT CONFERENCE
ORDER</u>**

NIR ROKAH and BINA – N.R.
CONSULTING LTD.,

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Pre-Settlement Conference Call scheduled for June 3, 2024 (Dkt. No. 41) is rescheduled to **<u>Monday, June 10, 2024 at 12:00 p.m.</u>**  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 649 721 257#.**

      Additionally, a Video Settlement Conference is scheduled for **<u>Monday, June 17, 2024 at 9:00 a.m.</u>**  The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  *Ex parte* settlement letters must be submitted to the Court no later than **<u>Wednesday, June 12, 2024.</u>**  Counsel are directed to join the Video Settlement Conference via Microsoft Teams at the scheduled time using the following link:  **Join the meeting now** Meeting ID: [281 374 901 919] **Passcode:** [hCVwD9].

      **SO ORDERED.**

DATED:    New York, New York
                  June 7, 2024

                                                          _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge