UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL I. LAND,

                            Plaintiff,                23-CV-793 (RMB)

        -against-                   **ORDER**

NIR ROKAH and BINA-N.R.
CONSULTING LTD,

                            Defendant.

      Counsel for Plaintiff and Defendants, having appeared before the Honorable Gary Stein on August 19, 2024, and having advised the Court that the parties have reached a resolution of this matter, it is hereby

      **ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Date: September 4, 2024
New York, New York

                                                **RICHARD M. BERMAN, U.S.D.J.**